UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 24-3998-FLA(E) | Date | September 3, 2024 |
|---|---|---|---|
| Title | PASTOR LB BRENA, ET AL. v. McCALLA RAYMER LEIBERT PIERCE, ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**      (IN CHAMBERS)

  Within thirty (30) days of the date of this Order, Plaintiffs shall file a declaration attempting to show good cause, if there be any, why service of the Summons and Complaint has not been made upon the remaining Defendants within 90 days after the filing of the Complaint. Failure to show good cause why timely service has not been made may result in a recommendation that the action be dismissed without prejudice. See Fed. R. Civ. P. 4(m).

cc:   Judge Aenlle-Rocha
      Plaintiffs

Initials of Deputy Clerk   VMUN